[No. 2298.]

## JONES v. VANATTA.

**Appellate Practice—Record—Judgment.**

In order to invoke the jurisdiction of the appellate court to review a judgment of the lower court, a copy of the judgment appealed from, authenticated by the certificate of the clerk of the court in which it was rendered under the seal of that court, must be lodged with the clerk of the appellate court.  The appearance of what purports to be a judgment in the bill of exceptions is no evidence of its rendition.

*Appeal from the County Court of Teller County.*

Mr. CHARLES J. PERKINS, for appellant.

THOMSON, P. J.

The record in this case exhibits nothing upon which this court can take any action.  In its title, one party is called "appellant," and the other "appellee"; but the record discloses no judgment, and without a judgment there can be no appeal.

That the jurisdiction of this court may be called into exercise, an authenticated copy of the record of the judgment must be lodged in the office of its clerk.

Such record is authenticated by the certificate of the clerk of the court in which the judgment was rendered, under the seal of that court. What purports to be a judgment is shown in the bill of exceptions, but its appearance there is no evidence of its rendition. —Mills' Ann. Code, § 389; *Yuma Co. v. Lovell*, 20 Colo. 80; *Northrop v. Jenison*, 12 Colo. App. 523.

The case will be stricken from the docket.

*Stricken from the docket.*